**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

HECTOR KASSE,

    **Plaintiff,**

         **v.**

METROPOLITAN LUMBER & HARDWARE, INC.,

    **Defendant.**

**Civil No.** 16-2636 (FAB)

**JUDGMENT**

In accordance with the ORDER entered today (Docket No. 18), this case is **DISMISSED with prejudice.**

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, February 7, 2017.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE